In the Matter of the Petition of PATRICK W. CULLINAN, as State Commissioner of Excise, Respondent, for an Order Canceling Liquor Tax Certificate No. 7,606, Issued to MAX MICHA, Appellant.

*Matter of Cullinan*, 76 App. Div. 362, affirmed.
(Argued January 7, 1903; decided January 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 19, 1902, which affirmed an order of Special Term revoking and canceling a liquor tax certificate.

*Uriah W. Tompkins* and *C. J. G. Hull* for appellant.

*Herbert H. Kellogg* and *William E. Schenck* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. HART, Appellant, *v.* BERNARD J. YORK et al., Composing the Board of Police Commissioners of New York City, Respondents.

*People ex rel. Hart* v. *York*, 73 App. Div. 445, affirmed.
(Submitted January 7, 1903; decided January 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1902, which dismissed a writ of certiorari to review the proceedings of the defendants in dismissing the relator from the police force of the city of New York and affirmed such proceedings.

*Louis J. Grant* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.